# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**BARON SHANKLIN, #12017-042**                                             **PETITIONER**

**VERSUS**                                 **CIVIL ACTION NO. 5:07-cv-26-DCB-MTP**

**CONSTANCE REESE, et al.**                                               **RESPONDENTS**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 18th day of May, 2009.


                                       s/David Bramlette
                                       UNITED STATES DISTRICT JUDGE